01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                         )   CASE NO. MJ 19-069
09        Plaintiff,                     )
                                         )
10        v.                             )
                                         )   DETENTION ORDER
11  MATTHEW JASON GRIFFIN,               )
                                         )
12        Defendant.                     )
                                         )
13

14  <u>Offense charged</u>:      Felon in Possession of a Firearm

15  <u>Date of Detention Hearing</u>:   February 22, 2019.

16        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably assure

19  the appearance of defendant as required and the safety of other persons and the community.

20        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21        1.    Defendant was not interviewed by Pretrial Services, so his background

22  information, is unknown.  Defendant does not contest entry of an order of detention.

DETENTION ORDER
PAGE -1

2. Defendant poses a risk of nonappearance based on lack of background information, a lengthy criminal record, failures to appear, a pending charge and an active warrant. Defendant poses a risk of danger based on the nature and circumstances of the offense, non-compliance while on supervision, criminal history, a history of illegally possessing firearms, and commission of offenses while on bond.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

/ / /

/ / /

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 22nd day of February, 2019.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3