The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW JASON GRIFFIN, <br><br> Defendant. | No. CR19-042 RSL <br><br> PROTECTIVE ORDER |

This matter, having come to the Court's attention on the Joint Motion for Protective Order Regarding Certain Discovery Items submitted by the United States of America and Defendant Matthew Jason Griffin, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1. The government shall designate as "protected" any discovery furnished to the defendant that comprises the contents of a cell phone taken into evidence pursuant to the investigation in *United States v. Creson*, Docket No. CR18-293 JLR (W.D. Wash.) and that was the subject of a search warrant issued in this District under Case No. MJ18-537. Discovery that merely describes the contents or the investigation as it relates to the cell phone shall not be so designated.

*United States v. Griffin* / CR19-042 RSL
PROTECTIVE ORDER - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

2.  Defense counsel shall not give any copies of any of the protected discovery—in any form—to the defendant, or to any other person who is not part of the defense team, without prior written permission of the Government;

3.  Defense counsel may review all of the protected discovery with the defendant;

4.  If defense counsel wishes to file any of the protected discovery with the Court, or to make reference to its contents—except for the text messages that are directly relevant to this case, as described in paragraph 20 of the Complaint, and the assignment of the phone number (206) 953-4915 to contact "Matt Griffin"—the filing shall be sealed, absent prior written permission of the Government to file an unsealed version;

5.  The provisions of this protective order shall apply to all members of the defense team, including but not limited to other attorneys, contract attorneys, investigators, legal assistants, interns, experts, and paralegals. Defense counsel shall ensure that all members of the defense team understand the restrictions of the protective order and abide by those restrictions;

6.  In the event that current defense counsel is replaced by new defense counsel, defense counsel shall not turn over any protected discovery to new counsel without prior written permission of the Government. The Government shall grant permission when it is satisfied that new counsel has reviewed the terms of the Protective Order and agreed to them; and

7.  This agreement can only be modified by written agreement of the Government, or by order of this Court.

DATED this 29th day of July, 2019.

_____
ROBERT S. LASNIK
United States District Judge

*United States v. Griffin* / CR19-042 RSL
PROTECTIVE ORDER - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970