Judge Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

MATTHEW JASON GRIFFIN,

   Defendant.

No. CR19-042-RSL

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

1. One Sig Sauer, Model P320 Subcompact, 9mm Parabellum caliber pistol, bearing serial number 58A017288;
2. One Benelli, Model Nova, 12 gauge shotgun bearing serial number Z244778;
3. One Remington, Model 870, 12 gauge shotgun bearing serial number AB745352M;
4. One Remington Arms Co., Inc. Model 870 shotgun bearing serial number B847763M;
5. One Remington, Model 870 Wingmaster Magnum, 20 gauge shotgun bearing

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

serial number S976013N;

6. One Savage Arms, Springfield Model 944, 20 gauge shotgun bearing serial number P410683;

7. One Colt, Government Model MKIV/Series 70, 9mm Luger caliber pistol bearing serial number 70L26563;

8. One Kahr Arms, Model CW40, .40 S&W caliber pistol bearing serial number FD6052; and

9. Any associated ammunition.

The Court, having reviewed the record in this matter, FINDS:

In the Plea Agreement entered on September 16, 2019, the Defendant agreed to forfeit his interest in any and all property used to commit or to facilitate the commission of the offenses, to which he pleaded guilty. Dkt. No. 35;

On December 5, 2019, the Court entered a Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and forfeiting the Defendant's interest in it. Dkt. No. 46;

Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C), Dkt. No. 49, and sent direct notice to approximately thirteen identified potential claimants, as required by Fed. R. Crim. P. 32.2(b)(6)(A); and

No third-party claims were filed for the above-identified property and the time for doing so has expired.

THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 |       3. The United States Department of Justice, the Bureau of Alcohol, Tobacco,
Firearms and Explosives, and/or their representatives, are authorized to dispose of the
property in accordance with law.

IT IS SO ORDERED.

DATED this 2nd day of April, 2020.

                                            Robert S. Lasnik
                                            United States District Judge

Presented by:

*s/Matthew H. Thomas*
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402-4383
Telephone: (253) 428-3800
Fax:       (253) 428-3826
E-mail: Matthew.H.Thomas@usdoj.gov